## AFFIDAVIT OF SERVICE

| Case: 1:25-cv-03202-TWT | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISRICT OF GEORGIA-ATLNTA DIVISION | County: , GA | Job: 13528373 |
|---|---|---|---|
| **Plaintiff / Petitioner:** T.O. | | **Defendant / Respondent:** Janki Motel, Inc | |
| **Received by:** Phoenix Legal | | **For:** Andersen, Tate, & Carr, P.C. | |
| **To be served upon:** Milan Patel | | | |

I, Danielle Roach, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Milan Patel, 1155 Morgan Garner Drive, Lilburn, GA 30047
**Manner of Service:**             Personal/Individual, Jun 17, 2025, 12:12 pm EDT
**Documents:**                          Complaint for Damages, Exhibit 1 , Exhibit 2 , Civil Cover Sheet, Summons

**Additional Comments:**
1) Successful Attempt: Jun 17, 2025, 12:12 pm EDT at 1155 Morgan Garner Drive, Lilburn, GA 30047 received by Milan Patel. Other: Indian man with black hair and mustache, he was wearing glasses ;

*Danielle Roach*                         06/18/2025

Danielle Roach                             Date

Phoenix Legal
251 Springs Xing
Canton, GA 30114
770-873-6999