IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.O., | ) |
| | ) |
|    Plaintiff, | )    CIVIL ACTION |
| | ) |
| v. | )    FILE NO.: 1:25-CV-03202-TWT |
| | ) |
| JANKI MOTEL, INC., | ) |
| | ) |
|    Defendants. | ) |
| _____ | ) |

### ORDER

For good cause shown, the Consent Motion to Extend Time for Defendant Janki Motel, Inc., to Answer or Otherwise Respond to the Complaint for Damages is GRANTED. The deadline for Defendants to answer or otherwise respond to the Complaint is hereby extended through and including July 24, 2025.

**SO ORDERED** this 8th day of July, 2025.

_____
THE HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT COURT JUDGE