# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| T.O., | )<br>)<br>) |
|     Plaintiff, | )<br>) Civil Action No. 1:25-cv-03202-TWT |
| v. | )<br>) |
| JANKI MOTEL, INC. | ) **JURY TRIAL DEMANDED**<br>) |
|     Defendants. | ) |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW Janki Motel, Inc. ("Defendant"), by and through undersigned counsel and files its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa:

1.

The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation(s) known to the Defendants and any publicly held corporation that, to the knowledge of the Defendants, own 10% or more of the stock of a party:

    A.    T.O., Plaintiff;

    B.    Janki Motel, Inc., Defendant.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    A.    T.O., Plaintiff;

    B.    Janki Motel, Inc., Defendant;

    C.    Occidental Fire and Casualty Co. of North Carolina.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

    A.    For Plaintiff:

Anderson Tate & Carr<br>
Patrick J. McDonough<br>
pmcdonough@atclawfirm.com<br>
Jonathan S. Tonge<br>
jtonge@atclawfirm.com<br>
Jennifer M. Webster<br>
jwebster@atclawfirm.com<br>
One Sugarloaf Centre<br>
1960 Satellite Blvd., Suite 4000<br>
Duluth, Georgia 30097<br>
(770) 822-0900

B.  For Defendant:

**FREEMAN MATHIS & GARY, LLP**
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

4.

The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

A. T.O., Plaintiff – Unknown;

B. Janki Motel, Inc., Defendant – Georgia;

Respectfully submitted this 29th day of July, 2025.

**FREEMAN MATHIS & GARY, LLP**

/*s/ Emma Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

(678) 996-9133

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing document has been prepared in accordance with L.R. 5.1 using Times New Roman font, 14-point.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma Fennelly*
Emma J. Fennelly

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically served a copy of the foregoing **Defendant's Certificate of Interested Persons and Corporate Disclosures** to all parties by filing a true and correct copy with the Clerk of Court, which will automatically send electronic copies to all counsel of record as follows:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
(770) 822-0900
*Counsel for Plaintiff*

Respectfully submitted this 29th day of July, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
*Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133