# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| T.O., | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil Action No. 1:25-cv-03202-TWT |
| v. | ) |
| | ) |
| JANKI MOTEL, INC., | )   **JURY TRIAL DEMANDED** |
| | ) |
|     Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Emma J. Fennelly of the law firm Freeman Mathis & Gary, LLP, pursuant to L.R. 83, and enters her appearance as counsel for Defendant Janki Motel, Inc. Jennifer C. Adair will remain as lead counsel.

The undersigned requests that all notices, pleadings, and correspondence be served on them at the following address:

Jennifer C. Adair<br>
Emma J. Fennelly<br>
Freeman Mathis and Gary, LLP<br>
100 Galleria Parkway, Suite 1600<br>
Atlanta, Georgia 30339<br>
(770) 818-0000<br>
(833) 330-3669 (facsimile)<br>
jadair@fmglaw.com<br>
emma.fennelly@fmglaw.com

Respectfully submitted this 30th day of July, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/Emma Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-1409 (telephone)
(833) 330-3669 (facsimile)

## **7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in Times New Roman font, 14 point, and complies with Local Rules 5.1(C) and 7.1(D), ND Ga.

This 30th day of July, 2025.

        **FREEMAN MATHIS & GARY, LLP**

        */s/Emma Fennelly*
        Jennifer C. Adair
        Georgia Bar No. 001901
        JAdair@fmglaw.com
        Emma J. Fennelly
        Georgia Bar No. 610587
        Emma.fennelly@fmglaw.com

        *Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-1409 (telephone)
(833) 330-3669 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the ECM/ECF e-filing system which provides service copies to all counsel of record.

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097

Respectfully submitted this 30th day of July, 2025.

                                            **FREEMAN MATHIS & GARY, LLP**

                                            */s/ Emma Fennelly*
                                            Jennifer C. Adair
                                            Georgia Bar No. 001901
                                            JAdair@fmglaw.com
                                            Emma J. Fennelly
                                            Georgia Bar No. 610587
                                            Emma.fennelly@fmglaw.com
                                            *Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-1409 (telephone)
(833) 330-3669 (facsimile)