UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W.,<br><br>    Plaintiff,<br><br>v.<br><br>JANKI MOTEL, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-3201-TRJ |
| T.O.,<br><br>    Plaintiff,<br><br>v.<br><br>JANKI MOTEL, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-3202-TWT |
| S.D.,<br><br>    Plaintiff,<br><br>v.<br><br>JANKI MOTEL, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-3203-JPB |

## [PROPOSED] ORDER ON CONSENT MOTION TO REASSIGN AND CONSOLIDATE RELATED CASES

HAVING REVIEWED the parties' Consent Motion to Reassign and Consolidate Related Cases, IT IS HEREBY ORDERED the above-captioned cases be reassigned and consolidated into the first-filed action: *K.W. v. Janki Motel, Inc.,* No.: 1:25-cv-3201-TRJ.

SO ORDERED this \_\_\_\_ day of _____, 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge